```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,           )  No. 19 CR 10433-AGB
                    Plaintiff       )
            v.                      )
                                    )
ENRIQUE ROSARIO                     )
                                    )
                    Defendant.      )
_____)
```

**MOTION TO SEAL SENTENCING MEMORANDUM**

Defendant ENRIQUE ROSARIO, respectfully moves this Honorable Court to seal the Sentencing Memorandum filed herewith.  As reasons therefore, the sentencing memorandum discusses sensitive matters of Mr. ROSARIO's background that is not appropriate for public disclosure.

Date: July 19, 2021            Respectfully submitted,

                                /S/ *Michael C. Bourbeau*

                               MICHAEL C. BOURBEAU BBO #545908
                               Attorney for Defendant
                               ENRIQUE ROSARIO

                               80 Washington Street, Building K
                               Norwell, MA 02061
                               (617) 350-6565

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

*S/ Michael C. Bourbeau*

1