UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. 19 CR 10433-AGB |
|               Plaintiff     ) | |
|    v.                           ) | |
| ENRIQUE ROSARIO                 ) | |
|               Defendant.    ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

Defendant ENRIQUE ROSARIO, respectfully moves this Honorable Court to continue the current date set for sentencing, August 3, 2021, for two or three weeks. As reason therefore, Mr. ROSARIO's father is currently hospitalized and Mr. ROSARIO is primarily responsible for his care. See attached. The Government assents to this request.

Date: July 27, 2021          Respectfully submitted,

/S/ *Michael C. Bourbeau*

MICHAEL C. BOURBEAU BBO #545908
Attorney for Defendant
ENRIQUE ROSARIO

80 Washington Street, Building K
Norwell, MA 02061
(617) 350-6565

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

S/ *Michael C. Bourbeau*

1

# Tufts Medical Center

April 1, 2021

To Whom It May Concern,

Apolinar Rosario DOB ▓▓▓▓▓▓ was admitted to Tufts Medical Center for management of an acute illness on 7/21/2021. Please be notified that Enrique Rosario is acting as his PCA for the duration of his illness.

Please feel free to contact me with any questions or concerns.

Kind Regards,

*[signature]*

Michael Bessen, MD
Internal Medicine
Tufts Medical Center
800 Washington St.
Boston, MA 02111
(617) 636-5000